IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MILLER, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.*, | : | No. 20-3749 |
| Respondents. | : | |

**ORDER**

**AND NOW,** this  30th  day of  June , 2025, upon independent consideration of the revised Petition for Writ of Habeas Corpus (ECF No. 24), together with any response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (ECF No. 24) is **DENIED** without a hearing; and

3. There is no basis to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Harvey Bartle III
                                                                           J.